

2 Westchester Park Drive, Suite 410
White Plains, NY 10604
Tel: 914-331-0100
Fax: 914-331-0105
www.denleacarton.com

March 23, 2023

**By ECF**

Hon. Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

  Re: *Velazquez v. Caro Bambino, LLC*
    Case No. 1:22-cv-08380 (MKV) (S.D.N.Y.)

Dear Judge Vyskocil:

  We represent Defendant in the above-referenced matter and write, with the consent of Plaintiff, to respectfully request the Court enter the attached consent decree that memorializes the terms of the parties' settlement.

  By way of background, Plaintiff's class action Complaint alleges that Defendant's website is a place of public accommodation which is not accessible to visually disabled persons in violation of the Americans with Disabilities Act, the New York State Civil Rights Law and the New York State and City Human Rights Laws. While Defendant disputes liability, the parties have reached a settlement on an individual basis to avoid the cost and inconvenience of litigation.

  Accordingly, the parties hereby respectfully request that the Court approve and enter the attached consent decree. We submit that the consent decree is fair and reasonable, and the public interest would not be disserved by its entry. *SEC v. Citigroup Global Mkts. Inc.*, 752 F.3d 285, 294 (2d Cir. 2014). We further submit that the parties fashioned the consent decree as a reasonable resolution of Plaintiff's claims. *See, e.g.*, *Yap v. Sumitomo Corp. of America*, 1991 U.S. Dist. LEXIS 2124, *15-16 (S.D.N.Y. Feb. 22, 1991) (weighing factors used to determine if a consent decree is fair and reasonable); *Meyer v. Macmillan Pub. Co.*, 1986 U.S. Dist. LEXIS 27492, at *15-*16 (S.D.N.Y. March 28, 1996) (determining that consent decree is fair, reasonable and adequate and supported by public policy). Finally, we note that the proposed consent decree is based on one entered by the Hon. Edgardo Ramos in *Sanchez v. Webull Financial LLC*, Case No. 1:21-cv-930 (ER) (S.D.N.Y.), on June 24, 2021 (Doc. No. 21).

Hon. Mary Kay Vyskocil
March 23, 2023
Page 2

      We thank the Court for its attention and consideration to this matter.

                                      Respectfully submitted,

                                      DENLEA & CARTON LLP

                     By: _____
                                  Craig M. Cepler

cc:    All Counsel of Request (by ECF)