| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 4/5/2023 |
| BRYAN VELAZQUEZ, *on behalf of himself and all others similarly situated*,<br><br>                              Plaintiff,<br><br>         -against-<br><br>CARO BAMBINO, LLC,<br><br>                              Defendant. | 1:22-cv-08380-MKV<br><br>**ORDER** |

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a letter filed by Defendant requesting that the Court enter a consent decree memorializing the parties' settlement agreement. [ECF No. 15.] The request is DENIED. The parties are free to settle this case, pursuant to Rule 41(a)(1)(A)(ii), on any terms they wish, and they will be bound by the terms and conditions of their stipulation of voluntary dismissal. *See* 9 Wright & Miller, Federal Practice & Procedure § 2363 (3d ed. 2008). Such a voluntary dismissal by stipulation does not require judicial approval. *See Torres v. Walker*, 356 F.3d 238, 243 (2d Cir. 2004).

The Clerk of Court is respectfully requested to terminate ECF No. 15.

**SO ORDERED.**

**Date:  April 5, 2023**                                          _____
**         New York, NY**                                           **MARY KAY VYSKOCIL**
                                                                 **United States District Judge**